STATE OF NEW JERSEY v. JOSEPH WILLIAMS.

March 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. LUIS ALBERTO RIOS.

March 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. RANDOLPH JENKINS.

March 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL HEALING, JR.

March 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ALVIN GREGORY.

March 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. BRYANT BALLARD.

March 26, 1974. Petition for certification denied. (See 126 *N. J. Super.* 427).